**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FREDERICK JOHNSON,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSE PAYANO, HIRSCHBACH MOTOR LINES,INC., JOHN DOE #I-V, and JOHN DOE(S) #VI-X,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 25-06894 |

**ORDER**

**AND NOW**, this 2nd day of September, 2026, upon consideration of the Defendants' Motion for Partial Summary Judgment (Dkt. No. 27), Plaintiff's Response in Opposition (Dkt. No. 38) and Defendants' Reply (Dkt. No. 39) it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ ***Gerald J. Pappert***

GERALD J. PAPPERT, J.